```
CARYN N. FABIAN  (SBN 93731)
Attorney at Law
95 S. Market Street, Suite 300
San Jose, California 95113
Telephone 408-977-7723
Facsimile 408-268-7621
E-mail cfabian@wwc.com

Attorney for Plaintiff Zianab Ismail
```

FILED
2007 MAY 25  A 10: 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.

#5 Fees Pd SJ

## UNITED STATES DISTRICT COURT
## CALIFORNIA NORTHERN DISTRICT
## SAN JOSE DIVISIONAL OFFICE



ZIANAB ISMAIL,

    Plaintiff,

vs.

County of Santa Clara,
Department Of Correction

    Defendant.

Case No.: C07 02752 RS

Complaint for Monetary and Injunctive Relief for Employment Discrimination

(American with Disabilities Act)

DEMAND FOR JURY TRIAL

BY FAX

Plaintiff Zianab Ismail alleges as follows:

### JURISDICTION AND VENUE

1. This action is brought pursuant to the American with Disabilities Act of 1990 (ADA), Title 42 United States Code Section 12101 et seq., to obtain relief for Plaintiff Zianab Ismail for alleged disability discrimination in employment by Defendant County of Santa Clara Department of Correction.

2. Jurisdiction of the subject matter of this action is established in this court by the ADA, Title 42 United States Code Section 12117(a), which incorporates the jurisdiction provisions in Title VII of the Civil Rights Act of 1964, Title 42, United States Code Section 20000e-5(f)(3). This is the proper venue for this action under Title 42 United

Complaint - 1

States Code Sections 200003-5(f)(3) and 12117(a), in that the discriminatory employment practice alleged herein was committed within this court's judicial district.

## FACTS

3. Plaintiff is an adult person and is a resident of the County of Santa Clara, State of California

4. Plaintiff is disabled as defined by the ADA, Title 42 United States Code Section 12102(2), in that she has a record of a physical impairment that substantially limits one or more of her major life activities; Plaintiff suffered an injury in the workplace in April 2003, causing permanent injury to her back and neck, and rendering her unable to stand for long periods of time, and lift/pull more than 10 pounds.

5. At all times relevant herein, Defendant has been an employer as defined by the ADA, Title 42, United States Code Section 12111(5)(A) and is subject to the ADA.

6. Plaintiff was employed by Defendant as a Correctional Food Service Worker from October 2000 to the involuntary termination of her employment on September 7, 2004; Plaintiff was on a medical leave of absence from April 2003 until the termination of her employment.

7. Plaintiff provided Defendant notification that she was permitted to return to work on about April 22, 2003, with limitations including a sit down job with lifting/pulling limited to less than 10 pounds.

8. Plaintiff is a "qualified individual with a disability" within the meaning of Title 42 United States Code Section 12111(8) because she can, with reasonable accommodation, perform the essential functions of the job that she held in the employ of Defendant.

9. From April 22, 2003 through the termination of Plaintiff's employment on May 7, 2004, Plaintiff provided Defendant notices indicating she was permitted to return to work with limitations including a sit down job with lifting/pulling limited to less than 10 pounds, and Defendant refused to engage in an interactive process to determine whether reasonable accommodation could be made and refused to provide reasonable accommodation to Plaintiff.

10. On May 7, 2004, Defendant terminated Plaintiff's employment because she was not able to return to her job without limitations.

11. Since April 22, 2003, Plaintiff could have performed the essential functions of her job with reasonable accommodation.

12. Since April 22, 2003, Plaintiff could have performed other available jobs within the County of Santa Clara Department of Corrections.

13. Defendant's refusal to engage in an interactive process to determine whether reasonable accommodation could be made, refusal to provide reasonable accommodation to Plaintiff, and termination of Plaintiff's employment because she was not able to return to work without limitations is in violation of Title 42 United States Code Section 12112(a).

14. Defendant intentionally discriminated against Plaintiff because of her disability as described herein by refusing to engage in an interactive process to determine whether reasonable accommodation could be made, refusing to provide reasonable accommodation to Plaintiff, and terminating Plaintiff's employment because she was not able to return to work without limitations.

15. By this action, Plaintiff seeks the following relief, pursuant to Title 42 of the United States Code Section 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42 United States Code Section 200003-5(g) and (k), for the discriminatory treatment of Plaintiff in violation of the ADA: Monetary relief, including back pay and front pay, attorney's fees and costs of suit, and injunctive relief, consisting of an order requiring Defendant to hire Plaintiff.

16. The discriminatory action of Defendant as set forth herein has caused and will continue to cause Plaintiff to suffer a loss of earnings, from April 22, 2003 until the date on which Plaintiff is rehired by Defendant.

17. Plaintiff has no adequate remedy at law to secure relief for the loss of employment opportunity. If this court does not enter an order compelling Defendant to hire Plaintiff to the job Plaintiff worked, Plaintiff will be irreparably injured in that she has been unable to obtain employment elsewhere.

18. On September 23, 2004, Plaintiff filed a discrimination charge against Defendant with the Equal Employment Opportunity Commission (EEOC). A copy of that charge is attached to this complaint, marked Exhibit A, and is incorporated by this reference as though fully set forth. That charge was timely filed, under the ADA, Title 42 United States Code Section 12117(a) which incorporates the procedures set forth in Title VII of the Civil Rights Act of 1964, Title 42, United States Code Section 2000e-5(e), within 300 days of the occurrence of the ADA violation herein alleged.

19. On March 1, 2007, the EEOC sent to Plaintiff a notice advising her of her right to bring this action. This action was timely filed within 90 days after the notice.

WHEREFORE, Plaintiff prays for judgment as follows:

1. For back pay with prejudgment interest, from April 22, 2003 to the date of judgment herein;
2. For front pay and/or future lost earnings;
3. For injunctive relief, including but not limited to an order compelling Defendant to hire Plaintiff to the job she worked, and for all other injunctive relief required to make Plaintiff whole for the losses caused by the violations of Defendant;
4. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to Title 42 United States Code Section 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42, United States Code Section 20003-5(k); and
5. For such other and further relief as the court deems proper.

PLAINTIFF DEMANDS A JURY TRIAL

Dated: May 25, 2007

By: _____
CARYN N. FABIAN
Attorney for Plaintiff Zianab Ismail
Complaint - 4

FEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 377-2004-01038 |

California Department Of Fair Employment & Housing and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Zianab Ismail | (408) 946-1514 | 01-30-1963 |

Street Address: 1001 South Main Street, E101, Milpitas, CA 95035

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| COUNTY OF SANTA CLARA/DEPT. OF CORRECTIONS | 500 or More | (408) 299-2920 |

Street Address: 180 W. Hedding Street, San Jose, CA 95110

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-22-2004   Latest: 09-10-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed with the above named employer until I was terminated on September 10, 2004. My last job classification was a Food Service Worker.

Respondent was aware of my disability. In or around April 2004, I was able to return to work with restrictions per my physician. However, Respondent refused to accommodate my restrictions and did not allow me to return to work. On September 7, 2004, I received a letter from Respondent indicating that I would be terminated on September 10, 2004.

I believe that I was discriminated against because of my disability, in violation of my rights as protected by the Americans with Disabilities Act of 1990, as amended.

**RECEIVED**
**SEP 23 2004**
**EEOC-SJLO**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

X 03-23-04  [signature]
Date  Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

000014