*E-FILED*
August 30, 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZIANAB ISMAIL,

        Plaintiff,

   v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.
_____/

No. C 07-02752 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for September 5, 2007 at 2:30 p.m. has been continued to **September 19, 2007 at 2:30 p.m.** The parties shall file a joint case management conference statement no later than September 12, 2007.

Dated: August 30, 2007

                                        For the Court,
                                        RICHARD W. WEIKING, Clerk

                                        By:   /s/ Martha Parker Brown
                                                    Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1. **THIS IS TO CERTIFY THAT THIS NOTICE WAS MAILED TO:**

2. Caryn Nadene Fabian
   Law Offices of Caryn N. Fabian
3. 95 South Market Street
   Suite 300
4. San Jose, CA 95113