**United States District Court**
For the Northern District of California

**\*E-FILED\***
**September 18, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZIANAB ISMAIL,                                                   No. C 07-02752 RS

        Plaintiff,

   v.                                                                      **CLERK'S NOTICE**

COUNTY OF SANTA CLARA, et al.,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for September 19, 2007 at 2:30 p.m. has been continued to **November 14, 2007 at 2:30 p.m.**

Dated: September 18, 2007

                                     For the Court,
                                     RICHARD W. WEIKING, Clerk

                                   By:   /s/ Martha Parker Brown
                                                   Courtroom Deputy Clerk

1 | **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 | Caryn Nadene Fabian    cfabian@wwc.com