**United States District Court**
For the Northern District of California

***E-FILED***
**October 30, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIANAB ISMAIL, | No. C 07-02752 RS |
|     Plaintiffs, | |
|     v. | **CLERK'S NOTICE** |
| COUNTY OF SANTA CLARA, DEPARTMENT OF CORRECTION, | |
|     Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for November 14, 2007 at 2:30 p.m. has been continued to **December 19, 2007 at 2:30 p.m.**

Dated: October 30, 2007

    For the Court,
    RICHARD W. WEIKING, Clerk

    By:   /s/ Martha Parker Brown
             Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Caryn Nadene Fabian     cfabian@wwc.com