**\*E-FILED 12/17/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIANAB ISMAIL | No. C 07-02752 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA, DEPARTMENT OF CORRECTION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the above-entitled matter currently set for December 19, 2007 at 2:30 p.m. is continued to **January 16, 2007 at 2:30 p.m.** Defendant shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than January 2, 2007. If defendant does not consent, the case will be reassigned. The parties shall file a joint Case Management Conference Statement no later than January 9, 2007.

Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated: December 17, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Caryn Nadene Fabian    cfabian@wwc.com

Dated: December 17, 2007

                                        /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg