1   ANN MILLER RAVEL, County Counsel (S.B. #62139)
     JOHN L. WINCHESTER, III, Lead Deputy County Counsel (S.B. #142175)
2   OFFICE OF THE COUNTY COUNSEL
     70 West Hedding, East Wing, 9th Floor
3   San Jose, California 95110-1770
     Telephone: (408) 299-5900
4   Facsimile: (408) 292-7240

5   Attorneys for Defendant
     COUNTY OF SANTA CLARA,
6   DEPARTMENT OF CORRECTION

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   ZIANAB ISMAIL              )  Case No.  C07-02752 RS
                            )
12       Plaintiff,          )  **CONSENT TO PROCEED BEFORE A**
                            )  **UNITED STATES MAGISTRATE JUDGE**
13                             )
     v.                        )
14                             )
     COUNTY OF SANTA CLARA,   )
15   DEPARTMENT OF CORRECTION  )
                            )
16       Defendant.       )
     _____)
17

18         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19        In accordance with the provisions of Title 28, U.S.C., Section 636(c), the undersigned

20   party hereby voluntarily consents to have a United States Magistrate Judge conduct ay and all

21   further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal

22   //

23   //

24   //

25   //

26   //

27   //

28   //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Consent to Proceed Before
a United States Magistrate Judge      -1-              C07-02752 RS

1    from the judgment shall be taken directly to the Untied States Court of Appeals for the Ninth

2    Circuit.

3    Dated:   December 19, 2007                    Respectfully submitted,

4                                                 ANN MILLER RAVEL
                                                  County Counsel

5

6                                        By:              /S/
                                                  JOHN L. WINCHESTER, III
7                                                 Lead Deputy County Counsel

8                                                 Attorneys for Defendant
                                                  COUNTY OF SANTA CLARA,
9                                                 DEPARTMENT OF CORRECTION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
106827.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Consent to Proceed Before
a United States Magistrate Judge          -2-                    C07-02752 RS