UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 8 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__  DATE: __1/16/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 07-02752RS__

CASE TITLE: __ZIANAB ISMAIL__ VS. __COUNTY OF SANTA CLARA DEPT OF CORRECTIONS__

**Appearances for Plaintiff(s)**         **Appearances for Defendant(s)**

__KAREN FABIAN__                         __JOHN L. WINCHESTER__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ x } Cont'd to: 5/28/08 @ 2:30 PM    For    FURTHER SETTLEMENT CONFERENCE

**ORDER TO BE PREPARED BY:**    [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments:

__CASE MANAGEMENT CONFERENCE HELD.__

HOURS IN SETTLEMENT: _____        Copies to: _____  _____  _____