**\*E-FILED\***
**May 27, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZIANAB ISMAIL,<br><br>      Plaintiff,<br>v.<br><br>COUNTY OF SANTA CLARA,<br>DEPARTMENT OF CORRECTION,<br><br>      Defendant._____/ | No. C 07-02752 RS<br><br>**ORDER RE: SETTLEMENT;<br>STAND-BY ORDER TO SHOW<br>CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 30, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 6, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: May 27, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Caryn Nadene Fabian    cfabian@wwc.com

John Lewis Winchester III    john.winchester@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 27, 2008

                                                /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California