**\*E-FILED\***
**August 6, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIANAB ISMAIL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA,<br>DEPARTMENT OF CORRECTION,<br><br>    Defendant.<br>_____/ | No. C 07-02752 RS<br><br>**ORDER REFERRING CASE<br>TO MAGISTRATE JUDGE FOR<br>SETTLEMENT CONFERENCE** |

IT IS HEREBY ORDERED that this case is referred to **Magistrate Judge Howard R. Lloyd** for a settlement conference to be completed with the next sixty (60) days**,** according to his availability.  Counsel are to contact the settlement judge's clerk, Counsel are to contact the settlement judge's clerk, Patricia Cromwell, at 408/535-5365 for scheduling and settlement conference requirements.

Dated:  August 6, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Caryn Nadene Fabian    cfabian@wwc.com

John Lewis Winchester , III    john.winchester@cco.sccgov.org

Dated: August 6, 2008

      /s/ BAK
Chambers of Magistrate Judge Richard Seeborg