UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 4 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR
COURTROOM DEPUTY: MARTHA PARKER BROWN
DATE: 8/6/08
CASE #: C 07-02752RS

CASE TITLE: ZIANAB ISMAIL   VS.   COUNTY OF SANTA CLARA DEPT OF CORRECTIONS

**Appearances for Plaintiff(s)**

NO APPEARANCE

**Appearances for Defendant(s)**

JOHN WINCHESTER

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   {X} STAND-BY OSC.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED   [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED   [ ] DENIED   [ ] SUBMITTED   [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to       @       For

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: MATTER REFERRED TO JUDGE LLOYD FOR SETTLEMENT CONFERENCE. THE COURT WILL ISSUE A WRITTEN ORDER.