**\*E-FILED\***
**September 29, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZIANAB ISMAIL,<br><br>　　　　Plaintiff,<br>v.<br><br>COUNTY OF SANTA CLARA,<br>DEPARTMENT OF CORRECTION,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 07-02752 RS<br><br>**ORDER SETTING CASE<br>MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　Pursuant to this Court's Order Re: Settlement; Stand-by Order to Show Cause dated May 27, 2008, all pretrial and trial dates were vacated.

　　　　A case management conference shall be held on **January 14, 2009 at 2:30 p.m.** to set new pretrial and trial dates, if necessary. An updated joint case management conference statement shall be filed no later than January 7, 2009.

　　　　IT IS SO ORDERED.

Dated: September 29, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Caryn Nadene Fabian    cfabian@wwc.com

John Lewis Winchester III    john.winchester@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 29, 2008

                                /s/ BAK
                                Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California