ANN MILLER RAVEL, County Counsel (S.B. #62139)
JOHN L. WINCHESTER, III, Lead Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

*E-FILED 1/12/09*

Attorneys for Defendant
COUNTY OF SANTA CLARA,
DEPARTMENT OF CORRECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIANAB ISMAIL | Case No.   C07-02752 RS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SANTA CLARA, DEPARTMENT OF CORRECTION | |
| Defendant. | |

   Plaintiff Zianab Ismail and Defendant the County of Santa Clara, Department of Correction (collectively "County"), by their respective attorneys, hereby stipulate pursuant to the terms of the Settlement Agreement and General Release between the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

   I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

//

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation of Dismissal with
Prejudice and [Proposed] Order            -1-                              C07-02752 RS

| | |
|---|---|
| 1  IT IS SO STIPULATED. | |
| 2  Dated: January 12, 2009 | ANN MILLER RAVEL<br>County Counsel |
| 4 | By: _____/S/_____<br>JOHN L. WINCHESTER, III<br>Lead Deputy County Counsel |
| 6 | Attorneys for Defendant<br>COUNTY OF SANTA CLARA,<br>DEPARTMENT OF CORRECTION |
| 9  Dated: January 12, 2009 | By: _____/S/_____<br>CARYN N. FABIAN |
| 11 | Attorney for Plaintiff<br>ZIANAB ISMAIL |
| 12  IT IS SO ORDERED. | |
| 14  Dated: January 12, 2009 | _____<br>HON. RICHARD SEEBORG<br>United States Magistrate Judge |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation of Dismissal with
Prejudice and [~~Proposed~~] Order        -2-                                   C07-02752 RS